# In the United States Court of Federal Claims

Tyqeshia Sellers

_____

**Plaintiff(s),**

v.

**THE UNITED STATES,**

**Defendant.**

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

Judge _____

FILED
JAN 1 7 2023
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N. C.
By _____

## COMPLAINT

Your complaint must be clearly handwritten or typewritten, and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space, you may use another blank page. A fillable pdf is available at http://uscfc.uscourts.gov/filing-a-complaint.

If you intend to proceed without the prepayment of filing fees (*in forma pauperis* (IFP)), pursuant to 28 U.S.C. § 1915, you must file along with your complaint an application to proceed IFP.

1. **JURISDICTION.** State the grounds for filing this case in the United States Court of Federal Claims. The United States Court of Federal Claims has limited jurisdiction (*see* e.g., 28 U.S.C. §§ 1491-1509).

My jurisdiction is I have caught two traffic tickets. I have several mental disabilities. I have more of medical records records with my disability. I have schizophrenia, PTSD, mood disorder, ADHD. The facts of my life is I barely get any medical attention, to none at all. I am poor. I barely have any self awareness. Can you please hear my case.

A-5

## 2. PARTIES

Plaintiff, _Tyluishia Sylvas_ , resides at _707 Luisher Dr_
(Street Address)

_Elgin, NC, 29244_ , _336-972-8235_
(City, State, ZIP Code)                    (Telephone Number)

If more than one plaintiff, provide the same information for each plaintiff below.

_N/A_

## 3. PREVIOUS LAWSUITS. Have you begun other lawsuits in the United States Court of Federal Claims? ☐ Yes ☑ No

If yes, please list cases: _____

## 4. STATEMENT OF THE CLAIM. State as briefly as possible the facts of your case. Describe how the United States is involved. You must state exactly what the United States did, or failed to do, that has caused you to initiate this legal action. Be as specific as possible and use additional paper as necessary.

_The US is involved because I have been in and out the hospital. They have yet to provide me with right care. They took of my care & is now I am handicap. I would like my maximum disability back by: settlement. Also I need to get a restraining order against a ex-inmate. I have proof, I have contacted several notices._

**5. RELIEF.** Briefly state exactly what you want the court to do for you.

_I want the court to give me 14 million dollars_
_U.S treasury bond, 1 individual University and Residences at Cananda._
_Lastly I, was want the judicious answer and. Pay a credit fix And I James Shueffrewn_
_vrouchers._

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___14___ day of ___January___, ___2023___.
        (day)            (month)          (year)

_Tylwashia Lurkes_
                                 Signature of Plaintiff(s)

A-7